```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

CHURCH MUTUAL INSURANCE        *        CIVIL ACTION
COMPANY

VERSUS                         *        NO: 06-3840

BEACON LIGHT INTERNATIONAL     *        SECTION: "D"(1)
BAPTIST CATHEDRAL
```

## ORDER AND REASONS

Before the court is the **"Motion to Abstain, or Alternatively, Motion to Stay"** filed by Defendant, Beacon Light International Baptist Cathedral ("Beacon"). ***No memorandum in opposition was filed.*** The motion, set for hearing on Wednesday, October 11, 2006, is before the court on Defendants' brief, without oral argument. Now, Having considered the memorandum of Defendant's counsel, the record, and the applicable law, the court finds that the motion to stay should be granted.

Plaintiff, Church Mutual Insurance Company, filed the instant suit, entitled "Petition to Appoint Umpire" on July 20, 2006. Plaintiff was the general liability and property insurer of Defendant Beacon when Hurricane Katrina struck the New Orleans on August 29, 2005 and damaged Beacon's properties. Church Mutual and

Beacon allegedly disagree on the value of the property and the amount of loss incurred under the subject insurance policy.

Pursuant to the apprisal provision in the subject policy, the parties appointed their respective appraisers but have been unable to agree on the selection of an umpire.  Thus, Church Mutual petitions this court to appoint an umpire.

However, Beacon represents that on July 7, 2006 (some 13 days before Church Mutual filed the instant "Petition to Appoint Umpire", it filed a petition for appointment of umpire in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled "*Beacon Light International Baptist Cathedral v. Church Mutual Insurance Company*," No. 05-5874, Division D, seeking the same relief that Church Mutual seeks in this court.

Accordingly, to prevent the duplication of effort and needless litigation, the court **GRANTS** the alternative **"Motion to Stay"** filed by Defendant, Beacon Light International Baptist Cathedral.

The court further **ORDERS** the Clerk of Court mark this action closed for statistical purposes.  The court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this **11th** day of **October, 2006**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE